IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| THOMAS BYRD, # S-09454, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 14-cv-1158-NJR |
| | ) |
| WARDEN SPILLER, LT. HECK, | ) |
| C/O MYERS, and C/O WALL, | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT IN A CIVIL CASE

This action came before the Court, District Judge Nancy J. Rosenstengel, and the following decision was reached:

**IT IS ORDERED** that Plaintiff shall recover nothing, and the action be **DISMISSED on the merits without prejudice,** the parties to bear their own costs. This dismissal shall not count as one of Plaintiff's allotted "strikes" under 28 U.S.C. § 1915(g).

**DATED**: December 24, 2014

JUSTINE FLANAGAN, ACTING CLERK

By: s/ Tanya Kelley
Deputy Clerk

APPROVED: _____
Nancy J. Rosenstengel
United States District Judge